**Exhibit 1**



# OFFICE OF THE SECRETARY OF STATE
### STEVEN J. BARNETT, SECRETARY OF STATE
### JASON LUTZ, DEPUTY SECRETARY OF STATE

## Filing Information

Name: **AKA WIRELESS, INC.**

### General Information

**SOS Business ID**  **DB049995**
Filing Type: Business Corporation - Domestic
08/01/2005
Status: Good Standing
Duration Term: Perpetual

**Registered Agent Address**
CORPORATION SERVICE COMPANY
503 S PIERRE ST
PIERRE, SD  57501-4522

**Principal Address**
8510 COLONNADE CENTER DRIVE SUITE 300
RALEIGH, NC  27615

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
| --- | --- | --- |
| 07/23/2019 | 2019 Annual Report | B0106-6167 |
| 06/21/2018 | 2018 Annual Report | B0065-3311 |
| 05/18/2018 | Statement of Change | B0062-5147 |
| 05/04/2018 | Articles of Amendment | B0059-2771 |
| 09/29/2017 | Merger - Survivor (Delayed Date 09/30/2017) | *B0039-6500 |
| 07/04/2017 | 2017 Annual Report | B0034-6480 |
| 07/07/2016 | 2016 Annual Report | |
| 08/19/2015 | 2015 Annual Report | |
| 08/05/2014 | 2014 Annual Report | |
| 08/21/2013 | 2013 Annual Report | |
| 10/24/2012 | 2012 Annual Report | |
| 07/30/2012 | 2011 Annual Report | |
| 02/10/2012 | 2011 Annual Report | |
| 09/02/2011 | 2011 Annual Report | |
| 07/05/2011 | Statement of Change | |
| 09/23/2010 | 2010 Annual Report | |
| 10/01/2009 | 2009 Annual Report | |
| 08/28/2008 | 2008 Annual Report | |
| 08/06/2007 | 2007 Annual Report | |

# Filing Information

Name: **AKA WIRELESS, INC.**

| | | |
|---|---|---|
| 08/01/2006 | 2006 Annual Report | |
| 08/01/2005 | Initial Filing | DB049995 |