KAMIE F. BROWN (8520)
DAVID H. LEIGH (9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385
Tel:  (801) 532-1500
Fax:  (801) 532-7543
kbrown@rqn.com
dleigh@rqn.com

*Attorneys for Defendants Verizon Wireless Services, LLC, AKA Wireless, Inc. and ABC Phones of North Carolina, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RACHEL HAGEMANN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON WIRELESS SERVICES, LLC, a foreign limited liability company, AKA WIRELESS, INC., a North Carolina Corporation, DBA VICTRA, ABC PHONES OF NORTH CAROLINA, INC., a North Carolina Corporation, DBA VICTRA PARK CITY PARK AVE., and ESTEBAN DE JESUS ANICA, an individual,<br><br>    Defendants. | **JOINT STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:20-cv-00017-TC<br><br>Judge Tena Campbell |

Plaintiff Rachel Hagemann and Defendants Verizon Wireless Services, LLC ("Verizon") AKA Wireless, Inc. ("AKA Wireless") DBA Victra, ABC Phones of North Carolina ("ABC Phones") DBA Victra Park City Park Ave., and Esteban De Jesus Anica (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without

1529630

prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney fees, costs and expenses.

DATED this 15th day of May, 2020.

                                                RAY QUINNEY & NEBEKER P.C.

                                                /s/ Kamie F. Brown
                                                Kamie F. Brown
                                                David H. Leigh

                                                *Attorneys for Defendants Verizon Wireless Services, LLC, AKA Wireless, Inc. and ABC Phones of North Carolina, Inc.*

                                                ADAMS DAVIS, P.C.

                                                /s/ Michael L. Banks *(with permission)*
                                                Michael L. Banks

                                                *Attorneys for Plaintiff Rachel Hagemann*